**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY LEMICY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-0332-MTS |
| ) | |
| TODD HEFELE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff Anthony Lemicy's Motion to Waive Payment of the Initial Partial Filing Fee. Doc. [10]. The Court will deny the Motion because Plaintiff remains obligated to pay the $37.01 initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1); *see also Koenig v. Mo. Dep't of Corr.*, 4:23-cv-1524-MTS, 2024 WL 277939, at *2 (E.D. Mo. Jan. 25, 2024) (explaining that "Congress wrote section 1915 in mandatory terms"). No later than **Monday**, **March 09, 2026**, Plaintiff must pay his initial partial filing fee or submit a **certified** inmate account statement to the Court that evidences his continued inability to pay the initial partial filing fee. *See Robertson v. French*, 949 F.3d 347, 353 (7th Cir. 2020) (explaining that "a court has the power to monitor a prisoner's financial situation in order to ensure that the prisoner does not deplete his trust account in order to avoid paying the filing fee"); *McCormack v. Mo. Dep't of Corr.*, 2:25-cv-0046-MTS, 2025 WL 2336856, at *1 n.* (E.D. Mo. Aug. 13, 2025) ("Prisoners may not intentionally deplete their trust accounts just to avoid paying filing fees."). If Plaintiff fails to timely do so, the Court will dismiss this action.

Accordingly,

**IT IS HEREBY ORDERED** that Anthony Lemicy's Motion to Waive Payment of the Initial Partial Filing Fee, Doc. [10], is **DENIED**.  Plaintiff must pay the $37.01 initial partial filing fee no later than **Monday**, **March 09, 2026**.  In the alternative, Plaintiff must submit a **certified** inmate account statement showing that he has no assets and no means by which to pay the initial partial filing fee by that same date, March 09, 2026.  **If Plaintiff fails to timely do one of those two options, the Court will dismiss this action without prejudice and without further notice.**

Dated this 9th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE